**James McCONNELL, Appellant,**

**v.**

**Julia Gillie ANDERSON,**

**and**

**Missouri State Highway Patrol, Respondents.**

**No. WD 37782.**

Missouri Court of Appeals, Western District.

Sept. 9, 1986.

James McConnell, Jefferson City, pro se.

Julia G. Anderson, Kansas City, Missouri State Highway Patrol, Lee's Summit, pro se.

Before TURNAGE, P.J., and SHAN-GLER and KENNEDY, JJ.

## ORDER

PER CURIAM:

James McConnell appeals the denial of his motion to proceed in forma pauperis in prosecuting his petition for declaratory and injunctive relief concerning his request for police records of his son.

Judgment affirmed. Rule 84.16(b).